## Slade, *appellant, vs.* Warren, *respondent.*

A DEFAULT was regularly taken at the last term of the court at Rochester by the counsel for the respondent who was in attendance. The appellant moved at this term to have his default opened on affidavits showing an excuse. Motion granted, on payment of the taxable costs of the term and of opposing the motion, and a *counsel fee of fifty dollars* for attending prepared to argue the cause.